# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEMBA BERNARD SANGANZA,** | : | CIVIL ACTION NO. 3:18-CV-1727 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JOE DOE 1, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2019, upon consideration of the motions (Docs. 25, 30) for summary judgment by Defendants, and the parties' respective briefs in support of and opposition to said motion, and well as Sanganza's motions (Docs. 13, 28, 32, 45, 46, 47) for a preliminary injunction, for a jury trial, for default judgment, to compel the Court to adjudicate his motions, to unseal the case, and for initial and expert disclosures, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motions (Docs. 25, 30) for summary judgment are GRANTED.

2. The remaining motions (Docs. 13, 28, 32, 45, 46, 47) are DENIED.

3. The Clerk of Court is DIRECTED to enter judgment in favor of Defendants and CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania