# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

THEMBA BERNARD SANGANZA,

Plaintiff

v().

JOE DOE 1 Director of Federal Bureau of Prisons, GENE BEASLEY Complex Warden of Allenwood Federal Institution, MARTH DOE Warden of Allenwood Federal Institution, T. DELMONICO as John Doe 2 Unit 3B Counselor of Allenwood Federal Institution, H. REED as John Doe 3 Lieutenant of Allenwood Federal Institution, GARDNER as Marke Doe 2 Unit 3B Team Manager of Allenwood Federal Institution, A VERGES individually on their personal capacities, UNITED STATES OF AMERICA & IT'S AGENCIES, FEDERAL BUREAU OF PRISONS, JOHN DOE Director of FBOP individually on their personal capacities, WARDEN KATHY P. LANE Complex Warden individually on their personal capacities, ODDO Warden individually on their personal capacities, K BETTINBERDER individually on their personal capacities, T DELMONICO individually on their personal capacities, KATHY CHARLES LPN individually on their personal capacities, and CATRICIA HOWARD individually on their personal capacities,

Defendants

Civil Action No.  3:18-CV-1727

(Chief Judge Conner)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

| | | |
|---|---|---|
| X | other: | SUM MARY JUDGMENT be and is hereby ENTERED in favor of defendants JOE DOE 1 Director of Federal Bureau of Prisons, GENE BEASLEY Complex Warden of Allenwood Federal Institution, MARTH DOE Warden of Allenwood Federal Institution, T. DELMONICO as John Doe 2 Unit 3B Counselor of Allenwood Federal Institution, H. REED as John Doe 3 Lieutenant of Allenwood Federal Institution, GARDNER as Marke Doe 2 Unit 3B Team Manager of Allenwood Federal Institution, A VERGES individually on their personal capacities, UNITED STATES OF AMERICA & IT'S AGENCIES, FEDERAL BUREAU OF PRISONS, JOHN DOE Director of FBOP individually on their personal capacities, WARDEN KATHY P. LANE Complex Warden individually on their personal capacities, ODDO Warden individually on their personal capacities, K BETTINBERDER individually on their personal capacities, T DELMONICO individually on their personal capacities, KATHY CHARLES LPN individually on their personal capacities, and CATRICIA HOWARD individually on their personal capacities, and against plaintiff THEMBA BERNARD SANGANZA, in accordance with the court's memorandum (Doc. 49) and order (Doc.50), dated August 22, 2019. |

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge     Chief Judge Christopher C. Conner

        MOTIONS FOR SUMMARY JUDGMENT

Date:   Aug 22, 2019          *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                                                                 K. McKinney

                                                                 *Signature of Clerk or Deputy Clerk*